**Opinion issued September 9, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00081-CV

————————————

## IN RE FD FRONTIER DRILLING (CYPRUS) LTD.; FRONTIER DRILLING AS; FRONTIER DRILLING USA, INC.; AND NOBLE DRILLING (U.S.), L.L.C., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, FD Frontier Drilling (Cyprus) Ltd., Frontier Drilling AS, Frontier Drilling USA, Inc., and Noble Drilling (U.S.), L.L.C., filed a petition for writ of mandamus, challenging the trial court's order denying relators' motion to stay the proceedings in the trial court pending the determination of appellate cause number

01-12-01160-CV.[1]   In their petition, relators requested that we "order the trial proceedings be stayed pending resolution of Relators' appeal (Cause No. 01-12-01160-CV)."   Relators further requested, in a motion for emergency relief, a temporary stay of the proceedings in the trial court.   We granted relators' emergency motion on January 28, 2014, staying all proceedings in the trial court and all discovery in the underlying trial court proceedings.

We issued our opinion and our judgment in appellate cause number 01-12-01160-CV on May 1, 2014.  Further, we denied the motion for rehearing filed by Steve Didmon, the real party in interest in this original proceeding and the appellee in appellate cause number 01-12-01160-CV, on July 29, 2014.  No party filed a motion for en banc reconsideration, and the deadline for filing such a motion or a motion for extension of time to file a motion for reconsideration en banc has passed.  *See* TEX. R. APP. P. 49.5, 49.7, 49.8.  As a result, our plenary power in appellate cause number 01-12-01160-CV expired on August 28, 2014.  *See* TEX. R. APP. P. 19.1(b).

Because appellate cause number 01-12-01160-CV is now resolved, relators have received the relief they sought by mandamus, and this proceeding is now

---

[1]   The underlying case is *Steve Didmon v. Frontier Drilling USA, Inc., FD Frontier Drilling (Cyprus) Ltd., and Noble Drilling (U.S.), Inc.*, cause number 2011-00127, pending in the 334th District Court of Harris County, Texas, the Hon. Grant Dorfman presiding.

moot.  Accordingly, we vacate our stay and dismiss this original proceeding and any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.